IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH SENOSKI, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 08-1725 |
| ) | |
| v. ) | Chief Judge Ambrose |
| ) | Magistrate Judge Bissoon |
| RICHARD NARVIN, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

Kenneth Senoski's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 was received by the Clerk of Court on December 19, 2008, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on January 5, 2009, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Senosky be dismissed as a successive petition. The parties were allowed ten days from the date of service to file objections. Senosky filed objections on January 15, 2009 (Doc. 11).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this _20th_ day of _Jan._, 2009,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas

Corpus filed by Kenneth Senosky is dismissed, and a certificate of appealability is denied.

IT IS FURTHER ORDERED that the Petitioner's "Motion Granting Relief on the Grounds of False Identification" (Doc. 9), which was filed the same day as the Report in this case, and which seeks the same relief as his petition, is DENIED.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 8), dated January 5, 2009, is adopted as the opinion of the court.

s/Donetta Ambrose

Donetta Ambrose

Chief U.S. District Court Judge

cc:

KENNETH A. SENOSKI

DJ-8862

SCI Houtzdale

P.O. Box 1000

Houtzdale, PA 16698-1000